UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| REXAM, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No. 4:05CV868-DJS |
| | ) |
| DONALD MUELLER, RITA ESTEP, | ) |
| RUDOLF KEMBITZY, JACOB KONRAD, | ) |
| JOSEPH CENDEKOWITS, | ) |
| MARIE FILIPOVIC, DEZSO ELEK, | ) |
| DAVID HAFFNER, and CLYDE HAGY, | ) |
| Individually, and as | ) |
| Representatives of Persons | ) |
| Similarly Situtated, | ) |
| | ) |
| Defendants. | ) |

## JUDGMENT

Pursuant to the order entered herein this day,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that all of plaintiff's claims against all defendants are dismissed without prejudice.

Dated this ___7th___ day of October, 2005.

                                                /s/Donald J. Stohr
                                                UNITED STATES DISTRICT JUDGE